UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES O'HALLORAN,

                Plaintiff,

- against -

BOY SCOUTS OF AMERICA, and
GREATER NEW YORK COUNCILS, BOY
SCOUTS OF AMERICA,

                Defendants.

**ORDER**

20 Civ. 1512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In light of the consent order issued on March 30, 2020 by the United States Bankruptcy Court for the District of Delaware in <u>In re: Boy Scouts of America and Delaware BSA, LLC</u>, No. 20-10343 (LSS) (D. Del.), it is hereby ORDERED that all proceedings in this case are stayed through May 18, 2020. The parties will promptly notify this Court of any relevant order issued by the Delaware Bankruptcy Court. If no order is issued by the Delaware Bankruptcy Court by May 18, 2020, the parties will submit a joint status letter to the Court by May 22, 2020.

Dated: New York, New York
       April 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge