UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES O'HALLORAN,

                Plaintiff,

- against -

BOY SCOUTS OF AMERICA, and
GREATER NEW YORK COUNCILS, BOY
SCOUTS OF AMERICA,

                Defendants.

**ORDER**

20 Civ. 1512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In light of the consent order issued on June 9, 2020, by the United States Bankruptcy Court for the District of Delaware in <u>In re: Boy Scouts of America and Delaware BSA, LLC</u>, No. 20-10343 (LSS) (D. Del.), it is hereby ORDERED that all proceedings in this case are stayed through November 16, 2020.  The parties will promptly notify this Court of any extension or other decision issued by the Delaware court.  If no decision is issued by the Delaware court by November 16, 2020, the parties will submit a joint status letter to this Court by November 18, 2020.

        It is further ORDERED that the status conference scheduled for June 25, 2020 is adjourned to November 19, 2020 at 10:30 a.m.

Dated:  New York, New York
          June 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge