UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES O'HALLORAN,

               Plaintiff,

- against -

BOY SCOUTS OF AMERICA, and
GREATER NEW YORK COUNCILS, BOY
SCOUTS OF AMERICA,

               Defendants.

**ORDER**

20 Civ. 1512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The pretrial conference currently scheduled for Thursday, February 17, 2022 is adjourned sine die.  By February 24, 2022, and every month thereafter, the parties are directed to file a status update regarding the Bankruptcy proceedings in In re: Boy Scouts of America and Delaware BSA, LLC, No. 20-10343 (LSS) (D. Del.).  All proceedings in this case are stayed until further order of the Court.

Dated: New York, New York
       February 16, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge